STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

NOT DESIGNATED FOR PUBLICATION

04-826

STATE OF LOUISIANA

VERSUS

JODY LEE BATISTE

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 03-1246
HONORABLE LORI ANN LANDRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard
Ezell, Judges.

**CONVICTION AND SENTENCE AFFIRMED; REMANDED WITH
INSTRUCTIONS; MOTION TO WITHDRAW GRANTED.**

J. Phil Haney
District Attorney
300 Iberia Street, Suite 200
New Iberia, LA 70560
(337) 369-4420
COUNSEL FOR APPELLEE:
    State of Louisiana

Kenota Pulliam Johnson
Louisiana Appellate Project
Post Office Box 5781
Shreveport, LA 71135-5781
(318) 524-1024
COUNSEL FOR DEFENDANT/APPELLANT:
    Jody Lee Batiste

Jody Lee Batiste
Avoyelles Correctional Center
675 Government Street
Marksville, LA 71351